ANTON HANDAL (Bar No. 113812)
anh@handal-law.com
PAMELA C. CHALK (Bar No. 216411)
pchalk@handal-law.com
GABRIEL HEDRICK (Bar No. 220649)
ghedrick@handal-law.com
HANDAL & ASSOCIATES
1200 Third Avenue, Suite 1321
San Diego, California 92101
Tel: 619.544.6400
Fax: 619.696.0323

Attorneys for Plaintiff
e.Digital Corporation

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| e.Digital Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Wintec Industries, Inc,<br><br>Defendant. | Case No. **'13CV2942 MMA RBB**<br><br>**ATTACHMENT TO COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |
|---|---|

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:

Pursuant to Local Civil Rule 40.1(f) and/or in an abundance of caution, Plaintiff, e.Digital Corporation ("Plaintiff" or "e.Digital") and its counsel hereby identify the following cases which may be considered related to the above-entitled matter ("This Filed Case"). The following cases ("*In re e.Digital* Cases") are currently pending and/or otherwise have been filed in the Southern District:

1) **Case No. 3:12-cv-02543-DMS-WVG**, *e.Digital Corporation v. Diasonic Technology Co. LTD, et al.* (the first filed case, filed October 19, 2012; voluntarily dismissed on or about May 6, 2013);

2) **Case No. 3:12-cv-02571-CAB-WVG**, *e.Digital Corporation v., Yamaha Corporation of America, et al.* (filed October 22, 2012; voluntarily dismissed on or about January 28, 2013);

3) **Case No. 3:12-cv-2580-DMS-WVG**, *e.Digital Corporation v. Korg Inc., et al.* (filed October 22, 2012; voluntarily dismissed on or about April 18, 2013);

4) **Case No. 3:12-cv-2696-DMS-WVG**, *e.Digital Corporation v. Grundig Intermedia GmbH., et al.* (filed November 5, 2012; consent judgment entered on or about June 26, 2013);

5) **Case No. 3:12-cv-02698-DMS-WVG,** *e.Digital Corporation v. SanDisk Corporation* (filed November 5, 2012; currently assigned to the Honorable Judge Dana M. Sabraw and the Honorable Magistrate Judge William V. Gallo);

6) **Case No. 3:12-cv-02701-DMS-WVG** *e.Digital Corporation v. Philips Electronics North America Corporation* (filed November 5, 2012; notice of settlement filed on or about October 29, 2013; currently assigned to the Honorable Judge Dana M. Sabraw and the Honorable Magistrate Judge William V. Gallo);

7) **Case No. 3:12-cv-02800-DMS-WVG**, *e.Digital Corporation v. iriver, Ltd, et al.* (filed November 20, 2012; voluntarily dismissed on or about May 21, 2013);

8) **Case No. 3:12-cv-02801-CAB-WVG**, *e.Digital Corporation v. Shaghal, LTD. dba eMatic, et al.* (filed November 20, 2012; voluntarily dismissed on or about April 15, 2013);

9) **Case No. 3:12-cv-02825-DMS-WVG**, *e.Digital Corporation v. GPX, Inc., et al.* (filed November 26, 2012; voluntarily dismissed on or about October 18, 2013);

10) **Case No. 3:12-cv-02877-DMS-WVG,** *e.Digital Corporation v. Mach Speed Technologies, LLC et al* (filed December 4, 2012; notice of settlement filed

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

on or about November 1, 2013; currently assigned to the Honorable Judge Dana M. Sabraw and the Honorable Magistrate Judge William V. Gallo);

11) **Case No. 3:12-cv-02879-DMS-WVG,** *e.Digital Corporation v. Creative Labs, Inc., et al.* (filed December 4, 2012; voluntarily dismissed on or about May 24, 2013);

12) **Case No. 3:12-cv-02891-DMS-WVG,** *e.Digital Corporation v. Osram Sylvania, Inc., et al.* (filed December 4, 2012; voluntarily dismissed on or about September 13, 2013);

13) **Case No. 3:12-cv-02899-DMS-WVG,** *e.Digital Corporation v. Woodman Labs, Inc., et al.* (filed December 5, 2012; currently assigned to the Honorable Judge Dana M. Sabraw and the Honorable Magistrate Judge William V. Gallo);

14) **Case No. 3:12-cv-02997-DMS-WVG,** *e.Digital Corporation v. MiTAC Digital Corporation, et al.* (filed December 17, 2012; voluntarily dismissed on or about June 28, 2013);

15) **Case No. 3:13-cv-00023-DMS-WVG,** *e.Digital Corporation v. Pantech Wireless, Inc. et al.* (filed January 4, 2013; currently assigned to the Honorable Judge Dana M. Sabraw and the Honorable Magistrate Judge William V. Gallo);

16) **Case No. 3:13-cv-00112-DMS-WVG,** *e.Digital Corporation v. FUJIFILM Corporation, et al.* (filed January 15, 2013; notice of settlement filed on or about November 4, 2013; currently assigned to the Honorable Judge Dana M. Sabraw and the Honorable Magistrate Judge William V. Gallo);

17) **Case No. 3:13-cv-00356-DMS-WVG** *e.Digital Corporation v. JVC Americas Corp., et al.* (filed February 13, 2013; voluntarily dismissed on or about November 29, 2013);

18) **Case No. 3:13-cv-00780-DMS-WVG,** *e.Digital Corporation v. Motorola Mobility LLC* (filed April 1, 2013; currently assigned to the Honorable

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

*ATTACHMENT TO CIVIL CASE COVERSHEET*

Judge Dana M. Sabraw and the Honorable Magistrate Judge William V. Gallo);

19) **Case No. 3:13-cv-00781-DMS-WVG**, *e.Digital Corporation v. Research in Motion Limited, dba BlackBerry, et al* (filed April 1, 2013; currently assigned to the Honorable Judge Dana M. Sabraw and the Honorable Magistrate Judge William V. Gallo);

20) **Case No. 3:13-cv-00782-DMS-WVG**, *e.Digital Corporation v. ZTE Corporation, et al.* (filed April 1, 2013; currently assigned to the Honorable Judge Dana M. Sabraw and the Honorable Magistrate Judge William V. Gallo);

21) **Case No. 3:13-cv-00783-DMS-WVG**, *e.Digital Corporation v., Huawei Technologies Co., Ltd., et al.* (filed April 1, 2013; dismissal and/or stipulated judgment entered on or about October 7, 2013; notice of appeal filed on or about October 8, 2013; appeal entitled e.*Digital Corporation v. Futurewei Technologies, Inc., et al.* currently pending in the United States Court of Appeals for the Federal Circuit, USCA Case Number 14-1019); and,

22) **Case No. 3:13-cv-00785-DMS-WVG**, *e.Digital Corporation v. Apple Inc.* (filed April 1, 2013; currently assigned to the Honorable Judge Dana M. Sabraw and the Honorable Magistrate Judge William V. Gallo).

In good faith, e.Digital states that it does not believe that the *In re e.Digital* Cases listed above qualify as related cases with respect to This Filed Case pursuant to Local Civil Rule 40.1 inasmuch as:

1) Except for fact that e.Digital is the Plaintiff and that the *In re e.Digital* Cases involve patent infringement, none of the same and/or substantially the same parties, facts, or transactions are involved in This Filed Case and the *In re e.Digital* Cases;

2) While a claim for damages with respect to the infringement of United States Patent No. 5,839,108 ("the '108 patent") may have been asserted in one or more of the *In re e.Digital* Cases, Claim 1 of the '108 patent which is the only asserted claim in This Filed Case is not asserted in any of the *In re e.Digital* Cases;

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

-4-

*ATTACHMENT TO CIVIL CASE COVERSHEET*

3) While a claim for damages with respect to the infringement of certain United States patents have been asserted in the *In re e.Digital* Cases, none of the claims from the patents asserted therein are asserted in This Filed Case; and,

4) Other than the '108 patent, none of the other e.Digital patents asserted in the *In re e.Digital* Cases are asserted in This Filed Case.

Further, e.Digital asserts that judicial resources may not be conserved by the assignment of this matter to the Court currently overseeing the pending and/or active *In re e.Digital* Cases. The *In re e.Digital* Cases that are still pending and/or are still active were filed a year or more ago and have progressed significantly since that time. Discovery as to claim construction issues has commenced in those matters. The parties in the *In re e.Digital* Cases have also exchanged preliminary infringement and invalidity contentions. *Markman* hearings have also already been set in the *In re e.Digital* Cases for March of 2014.

Additionally, as stated above, different patent infringement claims are at issue given that Claim 1 of the '108 is not asserted at this time in any of the *In re e.Digital* Cases. It is anticipated that e.Digital will be filing thirty (30) or more new cases at or around the same time as This Filed Case has been and/or is filed. These new cases will and/or do assert Claim 1 of the '108, but are not anticipated to assert any of the claims from the other patents asserted in the *In re e.Digital* Cases.

Further, given that more than ten (10) of the *In re e.Digital* Cases have been and/or were assigned to the judge overseeing those matters, the Honorable Judge Dana M. Sabraw ("Judge Sabraw"), it may be overly burdensome to assign This Filed Matter (and the other related thirty or more newly filed matters) to Judge Sabraw. Judge Sabraw may and/or does have the discretion not to consent to the transfer of This Filed Case pursuant to Local Civil Rule 40.1 (j).

e.Digital respectfully brings the above to the Court's attention pursuant to the provisions of Local Civil Rule 40.1(f) which requires a brief statement with

-5-

*ATTACHMENT TO CIVIL CASE COVERSHEET*

respect to the relationship between This Filed Matter and the above listed matters as well as the reasons why assignment to a single district judge is or is not likely to effect a saving of judicial effort and other economies.

Dated: December 6, 2013

Respectfully submitted,

**HANDAL & ASSOCIATES**

By: /s/ Pamela C. Chalk
    Anton N. Handal
    Gabriel G. Hedrick
    Pamela C. Chalk
    Attorneys for Plaintiff
    e.Digital Corporation

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323